UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDER DE LA CAMPA,<br>Plaintiff,<br>v.<br>STANISLAUS COUNTY, et al.,<br>Defendants. | No. 2:26-cv-02625-CKD<br><br><u>ORDER</u> |

This matter is before the undersigned for all purposes including trial and entry of judgment. (ECF No. 8.) Plaintiff Alexander De La Campa proceeds on the first amended complaint with claims under 42U.S.C. § 1983 and related state law claims. (ECF No. 4.) Defendant Stanislaus County moves under Rule 12(b)(6) of the Federal Rules of Civil Procedure to dismiss plaintiff's first cause of action against the County for Unreasonable Search and Seizure – Excessive Force. (ECF No. 5.) Plaintiff does not oppose dismissal of his first cause of action against the County only. (ECF No. 6.) Accordingly, the matter is appropriate for decision without oral argument under Local Rule 230(g) and is submitted on the papers filed.

IT IS ORDERED as follows:

1. The hearing set for October 7, 2026, on this matter is VACATED.
2. Defendant Stanislaus County's motion to dismiss (ECF No. 5) is GRANTED.

////

3. Plaintiff's first cause of action in the first amended complaint for Unreasonable Search and Seizure – Excessive Force is dismissed only as to defendant Stanislaus County.

4. Defendants shall file an answer within 14 days of the date of this order.

Dated: September 25, 2026

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8 dela26cv2625.mtd